AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NAME OF DEBTOR: Carmen Smith
ADDRESS: 5529 Swanson Road
CITY, STATE, ZIP: Ellenwood, GA 30294

CASE NO. 24-55036
TELEPHONE NO. 678-814-3666

PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:   YES ☐   NO ☑

If someone did assist you, list their name and address:

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP CODE: _____    TELEPHONE NUMBER: _____

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:   YES ☐   NO ☐   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:   YES ☑   NO ☐

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____ PRO SE PETITIONER

Subscribed and sworn to before me on the 17 day of May, 2024

_____ NOTARY PUBLIC    _____ DEPUTY CLERK

F61 (psafdt)04/04