UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Carmen Smith

**24-55036**

: Case No. _____
: Chapter ___7___

**Debtor**

:
:

STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[✓] I am unemployed; or

[ ] I am self-employed; or

[ ] My employer did not provide pay stubs.

[ ] Other
_____

Dated: 5/17/2024                    _____Carmen Smith_____
                                              Debtor