**IT IS ORDERED as set forth below:**

Date: May 20, 2024

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-55036-JWC |
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

### ORDER TO SUPPLEMENT APPLICATION
### FOR WAIVER OF FILING FEE

On May 17, 2024, Debtor filed for relief under chapter 7 of the Bankruptcy Code. That same day, Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 5). The Court cannot adequately evaluate the Application because Debtor has not filed each of the documents mandated by Section 521 of the Bankruptcy Code. On May 20, 2024, the Court entered an Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies) (the "Deficiency Order") that listed the documents Debtor is required to file (Doc. No. 8).

Accordingly, it is hereby

**ORDERED** that, on or before **May 31, 2024**, Debtor is directed to file all missing documents indicated on the Deficiency Order, including Statement of Financial Affairs, Schedules, Declaration About Debtor's Schedules, Summary of Assets and Liabilities, Credit Counseling Certificate, and Statement of Income and, if applicable, Means Test Calculation Form.

These documents should be filed with the Clerk, U.S. Bankruptcy Court, 1340 Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. If these documents are not filed within the time allowed, the Application for Waiver of Chapter 7 Filing Fee may be denied.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**