# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

Carmen Reshun Smith,

    Debtor(s).

CASE NO. 24-55036-JWC

CHAPTER 7

*FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2024 MAY 21 PM 1:13
VANIA S. ALLEN, CLERK
DEPUTY CLERK*

## NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) may be applicable because:

1.
- ☐ Debtor has not filed a certification that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or

- ☐ Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or

- ☒ Debtor has not made the appropriate deposit with the Court.

2.
- ☐ Debtor has not filed a certification that Debtor has cured, under nonbankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or certification are enclosed. This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any.

Dated: May 20, 2024

*Vania S. Allen*

VANIA S. ALLEN, Clerk of Court

United States Bankruptcy Court
75 Ted Turner Drive, SW, Room 1340
Atlanta, GA 30303

Notice to Landlord - 02/2016

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 24-55036-jwc

*Assigned to:* Judge Jeffery W. Cavender
Chapter 7
Voluntary
No asset

*Date filed:* 05/17/2024
*341 meeting:* 06/17/2024
*Deadline for filing claims (govt.):* 11/13/2024
*Deadline for objecting to discharge:* 08/16/2024

*Debtor*
**Carmen Reshun Smith**
5529 Swanson Rd.
Ellenwood, GA 30294
CLAYTON-GA
SSN / ITIN: xxx-xx-3734
*aka* Carmen Reshun Bankston

represented by **Carmen Reshun Smith**
PRO SE

*Trustee*
**Kathleen Steil**
Kathleen Steil, Trustee
Ogier, Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031
(404) 525-4000

Filed in Clerk's Office and
a true copy certified this
20th day of May, 2024
VANIA S. ALLEN, CLERK
By: _____
Deputy Clerk

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

| Filing Date | # | Docket Text |
|---|---|---|
| 05/17/2024 | 1 (10 pgs) | Voluntary Petition (Chapter 7) for Individual(s) Filed by Carmen Reshun Smith . Government Proof of Claim due by 11/13/2024. (klt) Additional attachment(s) added on 5/17/2024 (hd). |
| 05/17/2024 | 2 (1 pg) | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Carmen Reshun Smith . (hd) |
| 05/17/2024 | 3 (1 pg) | Pro Se Affidavit filed by Carmen Reshun Smith . (hd) |
| 05/17/2024 | 4 (1 pg) | Statement Regarding Payment Advices of Debtor, filed by Carmen Reshun Smith . (hd) |

| | | |
|---|---|---|
| 05/17/2024 | 5 (3 pgs) | Application for Waiver of Chapter 7 Filing Fee filed by Carmen Reshun Smith . (hd) |
| 05/17/2024 | 6 (1 pg) | Initial Statement About an Eviction Judgment Against You filed by Carmen Reshun Smith . (hd) |
| 05/17/2024 | 7 (1 pg) | Debtor Request to Begin Electronic Noticing filed by Carmen Reshun Smith . (hd) |
| 05/20/2024 |  | Notice of Debtor's Prior Filings for debtor Carmen Reshun Smith Case Number 20-71714, Chapter 7 filed in Georgia Northern Bankruptcy Court on 11/13/2020 , Dismissed for Other Reason on 12/09/2020.(Admin) |
| 05/20/2024 | 8 (1 pg) | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Statement of Financial Affairs due 5/31/2024. Schedule(s) A/B-J due by 5/31/2024. Declaration About Debtors Schedules (B106) due 5/31/2024. Summary of Assets and Liabilities due 5/31/2024. Statement of Income and, if applicable, Means Test Calculation Form due: 5/31/2024. Credit Counseling Certificate due 5/31/2024.Statement of Intention due 6/17/2024. (jla) |
| 05/20/2024 | 9 (1 pg) | Order Regarding the List of Creditors with deficiencies noted. Failure to comply will result in dismissal of case without further notice. Service by BNC. List of all creditors due 5/28/2024. Entered on 5/20/2024. (jla) |
| 05/20/2024 | 10 (2 pgs) | Notice of Chapter 7 Bankruptcy Case and Meeting of Creditors. 341 Meeting to be held on 6/17/2024 at 09:30 AM via Zoom (Steil): Meeting ID 871 484 5731, Passcode 9517153975, Phone 1 (470) 944-8606. (Admin) Objections for Discharge due by 8/16/2024 |
| 05/20/2024 | 11 (2 pgs) | Order to Supplement Application for Waiver of Filing Fee. ORDERED that, on or before May 31, 2024, Debtor is directed to file all missing documents indicated on the Deficiency Order, including Statement of Financial Affairs, Schedules, Declaration About Debtors Schedules, Summary of Assets and Liabilities, Credit Counseling Certificate, and Statement of Income and, if applicable, Means Test Calculation Form. Service by BNC. Entered on 5/20/2024. (related document(s)5) (jlc) |

24-55036 Carmen Reshun White aka Carmen Reshun Bankston

```
I certify that I served the foregoing document(s) on the
attached list of parties at the addresses shown through the
United States Mail.
```

**Carmen Reshun Smith**
5529 Swanson Rd.
Ellenwood, GA 30294

```
Alphoso Williams
Martin Street
Ellenwood GA 30294

Date: May 20, 2024            VANIA S. ALLEN, Clerk of Court


                              By: __/s/   James Cornett____
```