**IT IS ORDERED as set forth below:**

Date: May 20, 2024

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-55036-JWC |
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

**ORDER TO SUPPLEMENT APPLICATION
FOR WAIVER OF FILING FEE**

On May 17, 2024, Debtor filed for relief under chapter 7 of the Bankruptcy Code. That same day, Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 5). The Court cannot adequately evaluate the Application because Debtor has not filed each of the documents mandated by Section 521 of the Bankruptcy Code. On May 20, 2024, the Court entered an Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies) (the "Deficiency Order") that listed the documents Debtor is required to file (Doc. No. 8).

Accordingly, it is hereby

**ORDERED** that, on or before **May 31, 2024**, Debtor is directed to file all missing documents indicated on the Deficiency Order, including Statement of Financial Affairs, Schedules, Declaration About Debtor's Schedules, Summary of Assets and Liabilities, Credit Counseling Certificate, and Statement of Income and, if applicable, Means Test Calculation Form.

These documents should be filed with the Clerk, U.S. Bankruptcy Court, 1340 Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. If these documents are not filed within the time allowed, the Application for Waiver of Chapter 7 Filing Fee may be denied.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-55036-jwc |
| Carmen Reshun Smith | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: May 20, 2024 | Form ID: pdf492 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: smithcarmen8519@gmail.com | May 20 2024 20:19:00 | Carmen Reshun Smith, 5529 Swanson Rd., Ellenwood, GA 30294-3864 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathleen Steil | ks@orratl.com GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 2