Case Number: 24-55036
Carmen Smith

## LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Wells Fargo Auto finance | P.O. Box 71092<br>Charlotte, NC 28272 |
| Alphonso Williams [Landlord] | P.O. Box 1892<br>Stockbridge, GA 30281 |
| Equiant Financial Svcs. | 500 N. Juniper Drive<br>Ste. 100<br>Chandler, AZ 85226 |
| | |
| | |
| | |
| | |