# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:      Carmen Smith                )    Case No.: 24-55036-jwc

)    Chapter: 7

Debtor(s)

Extension:
Schedules
Credit Counseling
• Asking for 7 days.

*[Filed stamp: 2024 JUN -3 PM 12: 46, VANIA S. ALLEN CLERK, BY: Deputy Clerk, FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA]*

Dated: 6-3-2024      Signature: Carmen Smith

Printed Name: Carmen Smith

Address: 5529 Swanson Rd.
Ellenwood, GA 30294

Phone: 678-814-3666

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Carmen Smith            ) Case No: 24-55036-jwc
                               )
                               ) Chapter 7
                               )
                               )
       Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 3rd day of June, 2024 I served a copy of

_____

which was filed in this bankruptcy matter on the 3rd day of June, 2024

_____

Mode of service (check one):    ◯ MAILED    ☑ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Trustee:
Kathleen Steil
Ogier, Rothschild & Rosenfeld, PC
P.O. Box 547 Decatur, GA 30031

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: June 3, 2024            Signature: Carmen Smith

Printed Name: Carmen Smith

Address:
5529 Swanson Rd.
Ellenwood, GA 30294

Phone: 678-814-3666

(Generic Certificate of Service – Revised 4/13)