**IT IS ORDERED as set forth below:**

Date: June 5, 2024

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-55036-JWC |
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

## ORDER DENYING DEBTOR'S APPLICATION
## FOR WAIVER OF THE CHAPTER 7 FILING FEE

On May 17, 2024, Debtor filed for relief under chapter 7 of the Bankruptcy Code. That same day, Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 5). By the Order entered on May 20, 2024, the Court directed Debtor to file all missing documents indicated on the Deficiency Order no later than May 31, 2024 (Doc. No. 11). As of June 5, 2024, Debtor has not complied with the Court's order and has not requested any additional time to comply. Debtor's failure to file all missing documents indicated on the Deficiency Order

violates a specific order of this Court and prevents the Court from evaluating the Application. Accordingly, it is

**ORDERED** that the Application is **DENIED**; however, to allow Debtor an opportunity to pay the filing fee, it is further

**ORDERED** that Debtor shall either (1) pay the chapter 7 filing fee in full within ten (10) days of the date of the entry of this Order, or (2) begin making installment payments as follows:

$ 85.00 on or before 10 days from the date of the entry of this Order.
$ 125.00 on or before 30 days from the date of the entry of this Order.
$ 125.00 on or before 60 days from the date of the entry of this Order.

**ALL PAYMENTS MUST BE MADE BY CASH, MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT." \*\***

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online-payments

If Debtor fails to timely pay the filing fee as set forth above, this case may be dismissed without opportunity for hearing.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the U.S. Trustee.

### END OF DOCUMENT

**\*\* Mailing Address**
United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303