**IT IS ORDERED as set forth below:**

**Date: June 5, 2024**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-55036-JWC |
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

## ORDER

**THIS MATTER** is before the Court on Debtor's motion to extend time for credit counseling and to file schedules (Doc. No. 20) (the "Motion"). Debtor filed for relief under chapter 7 of the Bankruptcy Code on May 17, 2024. The 341 meeting is scheduled for June 17, 2024. Pursuant to the Order Setting Deadlines for Debtor to

Correct Filing Deficiency(ies) (Doc. No. 8), Debtor's Statement of Financial Affairs, Schedules, Credit Counseling Certificate, and other documents were due on May 31, 2024. The Motion was filed on June 4, 2024, after the deadline to file documents.

Bankruptcy Rule 1007(c) provides that the Court may grant an extension of time for filing schedules only on motion, for cause shown, and with appropriate notice. Bankruptcy Rule 9006(b)(1) provides that the Court may grant a motion to extend filed after the expiration of the specified period if the failure to act was due to excusable neglect. The Motion offers no valid reason for extending the deadline and therefore fails to establish cause to extend the deadline. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**. Debtor must file all outstanding documents immediately.

The Clerk of Court is directed to serve a copy of this Order upon Debtor, Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**