# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: )  Case No.: 24-55036-jwc

Carmen Smith )

)  Chapter: 7

Debtor(s)

A motion to have my Chapter 7 filing converted to a Chapter 13 filing.

- I was inaccurately advised by a female clerk to file Chapter 7.
- I have no personal Assets.

Dated: 06-07-2024    Signature: Carmen Smith

Printed Name: Carmen Smith

Address: 5524 Swanson Road
Ellenwood, GA 30294

Phone: 678-814-3666

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Carmen Smith )    Case No: 24-55036-jwc
)
)    Chapter 7
)
)

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 7th day of June, 2024 I served a copy of A motion conversion which was filed in this bankruptcy matter on the 7th day of June, 2024.

Mode of service (check one):    ☐ MAILED    ☒ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Trustee: Kathleen Steil
Ogier, Rothschild + Rosenfeld, PC
P.O. Box 1547
Decatur, GA 30031

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 06-07-2024    Signature: Carmen Smith

Printed Name: Carmen Smith

Address: 5529 Swanson Road
Ellenwood, GA 30294

Phone: 678-814-3669

(Generic Certificate of Service – Revised 4/13)