**IT IS ORDERED as set forth below:**

**Date: June 5, 2024**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | CASE NO. 24-55036-JWC |
|---|---|
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

### ORDER

**THIS MATTER** is before the Court on Debtor's motion to extend time for credit counseling and to file schedules (Doc. No. 20) (the "Motion"). Debtor filed for relief under chapter 7 of the Bankruptcy Code on May 17, 2024. The 341 meeting is scheduled for June 17, 2024. Pursuant to the Order Setting Deadlines for Debtor to

Correct Filing Deficiency(ies) (Doc. No. 8), Debtor's Statement of Financial Affairs, Schedules, Credit Counseling Certificate, and other documents were due on May 31, 2024. The Motion was filed on June 4, 2024, after the deadline to file documents.

Bankruptcy Rule 1007(c) provides that the Court may grant an extension of time for filing schedules only on motion, for cause shown, and with appropriate notice. Bankruptcy Rule 9006(b)(1) provides that the Court may grant a motion to extend filed after the expiration of the specified period if the failure to act was due to excusable neglect. The Motion offers no valid reason for extending the deadline and therefore fails to establish cause to extend the deadline. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**. Debtor must file all outstanding documents immediately.

The Clerk of Court is directed to serve a copy of this Order upon Debtor, Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-55036-jwc |
| Carmen Reshun Smith | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2024 | Form ID: pdf441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: smithcarmen8519@gmail.com | Jun 05 2024 20:20:00 | Carmen Reshun Smith, 5529 Swanson Rd., Ellenwood, GA 30294-3864 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathleen Steil | ks@orratl.com GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net |
| Lee Bynum Perkins | on behalf of Creditor Velonie Blake-Williams law@leeperkins.com |
| Lee Bynum Perkins | on behalf of Creditor Alphonso Williams law@leeperkins.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4