**IT IS ORDERED as set forth below:**

**Date: June 5, 2024**

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-55036-JWC |
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

### ORDER DENYING DEBTOR'S APPLICATION
### FOR WAIVER OF THE CHAPTER 7 FILING FEE

On May 17, 2024, Debtor filed for relief under chapter 7 of the Bankruptcy Code. That same day, Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 5). By the Order entered on May 20, 2024, the Court directed Debtor to file all missing documents indicated on the Deficiency Order no later than May 31, 2024 (Doc. No. 11). As of June 5, 2024, Debtor has not complied with the Court's order and has not requested any additional time to comply. Debtor's failure to file all missing documents indicated on the Deficiency Order

violates a specific order of this Court and prevents the Court from evaluating the Application. Accordingly, it is

**ORDERED** that the Application is **DENIED**; however, to allow Debtor an opportunity to pay the filing fee, it is further

**ORDERED** that Debtor shall either (1) pay the chapter 7 filing fee in full within ten (10) days of the date of the entry of this Order, or (2) begin making installment payments as follows:

$ 85.00 on or before 10 days from the date of the entry of this Order.
$ 125.00 on or before 30 days from the date of the entry of this Order.
$ 125.00 on or before 60 days from the date of the entry of this Order.

**ALL PAYMENTS MUST BE MADE BY CASH, MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT." \*\***

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online-payments

If Debtor fails to timely pay the filing fee as set forth above, this case may be dismissed without opportunity for hearing.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the U.S. Trustee.

**END OF DOCUMENT**

**\*\* Mailing Address**
United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-55036-jwc |
| Carmen Reshun Smith | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2024 | Form ID: pdf599 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: smithcarmen8519@gmail.com | Jun 05 2024 20:20:00 | Carmen Reshun Smith, 5529 Swanson Rd., Ellenwood, GA 30294-3864 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathleen Steil | ks@orratl.com GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net |
| Lee Bynum Perkins | on behalf of Creditor Velonie Blake-Williams law@leeperkins.com |
| Lee Bynum Perkins | on behalf of Creditor Alphonso Williams law@leeperkins.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4