Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
11:48am
JUN 1 3 2024
By: Kristin Taylor
Deputy Clerk

24-55036

Certificate Number: 15725-GAN-CC-038557612

15725-GAN-CC-038557612

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 10, 2024, at 10:45 o'clock AM EDT, Carmen Smith received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 10, 2024                By:   /s/Dayeni Gonzalez

                                    Name: Dayeni Gonzalez

                                    Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).