**IT IS ORDERED as set forth below:**

**Date: June 21, 2024**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| CARMEN RESHUN SMITH A/K/A CARMEN RESHUN BANKSTON, | CASE NO.: 24-55036 |
| Debtor. | JUDGE CAVENDER |
| VELONIE BLAKE-WILLIAMS AND ALPHONSO WILLIAMS, | |
| Movants, | |
| v. | CONTESTED MATTER |
| CARMEN RESHUN SMITH A/K/A CARMEN RESHUN BANKSTON, | |
| Respondent. | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Creditors Velonie Blake-Williams and Alphonso Williams filed a Motion for Relief from Stay on June 4, 2024 (Document Number 19) asking the Court to issue an Order granting relief from the Automatic Stay imposed by 11 U.S.C. § 362(a) in order for Movants to proceed with a dispossessory action against Debtor, Carmen Reshun Smith a/k/a Carmen Reshun Bankston, in State Magistrate Court. Movant served all required parties with a copy of said Motion, and a Notice of Hearing setting a hearing for June 20, 2024 at 10:00 a.m. before this Court. The Debtor did not respond at the call of the calendar, and the Trustee having no opposition hereto, based on the foregoing, the Court hereby grants said Motion for good cause, and;

It is further ordered that notwithstanding Bankruptcy Rule 4001 (a) (3), the Automatic Stay imposed by 11 U.S.C. § 362(a) is modified upon entry of this Order instanter for the purpose of allowing Movant to proceed in accordance with any applicable non bankruptcy law of allowing Movants to commence or proceed with their State Court dispossessory action to re-enter and re-take possession of 5529 Swanson Road, Ellenwood, Georgia 30294.

END OF DOCUMENT

SUBMITTED BY:

/s/
Lee B. Perkins
Georgia Bar No.: 572256
Attorney for Velonie Blake-Williams and Alphonso Williams
3715 Northside Parkway NW
Building 100, Suite 500
Atlanta, Georgia 30327
(404) 231-9229
law@leeperkins.com

- 2 -

2351

NO OPPOSITION:

/s/
_____
Kathleen Steil, Esq., Trustee
Georgia Bar No.: 598895
P.O. Box 1547
Decatur, Georgia 30031

- 3 -

2351

## **DISTRIBUTION LIST**

Ms. Carmen Reshun Smith
5529 Swanson Road
Ellenwood, Georgia 30294

Kathleen Steil, Esq., Trustee
P.O. Box 1547
Decatur, Georgia 30031

United States Trustee
75 Ted Turner Drive, 3rd Floor
Atlanta, Georgia 30335

Lee B. Perkins, Esq.
3715 Northside Parkway NW
Building 100, Suite 500
Atlanta, Georgia 30327

1735