**IT IS ORDERED as set forth below:**

**Date: June 21, 2024**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CARMEN RESHUN SMITH A/K/A | ) | |
| CARMEN RESHUN BANKSTON, | ) | CASE NO.: 24-55036 |
| | ) | |
| Debtor. | ) | JUDGE CAVENDER |
| _____ | ) _____ | |
| | ) | |
| VELONIE BLAKE-WILLIAMS AND | ) | |
| ALPHONSO WILLIAMS, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| CARMEN RESHUN SMITH A/K/A | ) | |
| CARMEN RESHUN BANKSTON, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Creditors Velonie Blake-Williams and Alphonso Williams filed a Motion for Relief from Stay on June 4, 2024 (Document Number 19) asking the Court to issue an Order granting relief from the Automatic Stay imposed by 11 U.S.C. § 362(a) in order for Movants to proceed with a dispossessory action against Debtor, Carmen Reshun Smith a/k/a Carmen Reshun Bankston, in State Magistrate Court. Movant served all required parties with a copy of said Motion, and a Notice of Hearing setting a hearing for June 20, 2024 at 10:00 a.m. before this Court. The Debtor did not respond at the call of the calendar, and the Trustee having no opposition hereto, based on the foregoing, the Court hereby grants said Motion for good cause, and;

It is further ordered that notwithstanding Bankruptcy Rule 4001 (a) (3), the Automatic Stay imposed by 11 U.S.C. § 362(a) is modified upon entry of this Order instanter for the purpose of allowing Movant to proceed in accordance with any applicable non bankruptcy law of allowing Movants to commence or proceed with their State Court dispossessory action to re-enter and re-take possession of 5529 Swanson Road, Ellenwood, Georgia 30294.

END OF DOCUMENT

SUBMITTED BY:

/s/
Lee B. Perkins
Georgia Bar No.: 572256
Attorney for Velonie Blake-Williams and Alphonso Williams
3715 Northside Parkway NW
Building 100, Suite 500
Atlanta, Georgia 30327
(404) 231-9229
law@leeperkins.com

NO OPPOSITION:

/s/ _____
Kathleen Steil, Esq., Trustee
Georgia Bar No.: 598895
P.O. Box 1547
Decatur, Georgia 30031

2351

## DISTRIBUTION LIST

Ms. Carmen Reshun Smith
5529 Swanson Road
Ellenwood, Georgia 30294

Kathleen Steil, Esq., Trustee
P.O. Box 1547
Decatur, Georgia 30031

United States Trustee
75 Ted Turner Drive, 3rd Floor
Atlanta, Georgia 30335

Lee B. Perkins, Esq.
3715 Northside Parkway NW
Building 100, Suite 500
Atlanta, Georgia 30327

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-55036-jwc |
| Carmen Reshun Smith | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: smithcarmen8519@gmail.com | Jun 21 2024 19:51:00 | Carmen Reshun Smith, 5529 Swanson Rd., Ellenwood, GA 30294-3864 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathleen Steil | ks@orratl.com GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net |
| Lee Bynum Perkins | on behalf of Creditor Velonie Blake-Williams law@leeperkins.com |
| Lee Bynum Perkins | on behalf of Creditor Alphonso Williams law@leeperkins.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4