**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
Atlanta Division

| | |
|---|---|
| In Re: Debtor(s)<br>**Carmen Reshun Smith**<br>5529 Swanson Rd.<br>Ellenwood, GA 30294<br><br>**xxx−xx−3734** | Case No.: **24−55036−jwc**<br>Chapter: **7**<br>Judge: **Jeffery W. Cavender** |

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**7/17/24** at **02:50 PM**
**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 871 484 5731, and Passcode 9517153975, OR call 1 (470) 944−8606**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated: June 24, 2024

*Vania S. Allen*
_____
Vania S. Allen
Clerk of Court

Form 424

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-55036-jwc |
| Carmen Reshun Smith | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Jun 24, 2024 | Form ID: 424 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 24769991 | | Alphonso Williams, Martin Street, Ellenwood GA 30294 |
| 24796808 | | Alphonso Williams, Swanson Rd, Ellenwood GA 30294 |
| 24778494 | + | Alphonso Williams (Landlord), PO Box 1892, Stockbridge, GA 30281-8892 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: smithcarmen8519@gmail.com | Jun 24 2024 20:28:00 | Carmen Reshun Smith, 5529 Swanson Rd., Ellenwood, GA 30294-3864 |
| 24796807 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 24 2024 20:40:24 | Aidvantage, PO Box 300001, Greenville TX 75403-3001 |
| 24778495 | ^ | MEBN | Jun 24 2024 20:28:33 | Equiant Financial Svcs., 500 N Juniper Drive, Ste 100, Chandler, AZ 85226-2525 |
| 24796806 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 24 2024 20:40:29 | Wells Fargo, PO Box 71092, Charlotte, NC 28272-1092 |
| 24778493 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 24 2024 20:40:07 | Wells Fargo Auto Finance, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024                    Signature:    /s/Gustava Winters

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Jun 24, 2024 | Form ID: 424 | Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kathleen Steil | ks@orratl.com  GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net |
| Lee Bynum Perkins | on behalf of Creditor Velonie Blake-Williams law@leeperkins.com |
| Lee Bynum Perkins | on behalf of Creditor Alphonso Williams law@leeperkins.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4