**IT IS ORDERED as set forth below:**

**Date: July 9, 2024**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-55036-JWC |
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

## Order

Before the Court is a motion to convert this case to a chapter 13 case filed by Debtor on June 7, 2024 (Doc. No. 23) (the "Motion"). Debtor filed this case on May 17, 2024. Debtor filed a credit counseling certificate at Doc. No. 30 indicating she obtained credit counseling on June 10, 2024, nearly a month after filing the case. Pursuant to 11 U.S.C. § 109(h), Debtor is not eligible to be a debtor under the Bankruptcy Code. Because Debtor is not eligible to be a debtor under any chapter of the Bankruptcy Code, her case cannot be converted and must be dismissed. Further,

Debtor's case is subject to dismissal because Debtor has not paid any portion of the filing fee despite two installments being past due. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

The Clerk is directed to serve a copy of this Order on Debtor, the chapter 7 trustee, the United States Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**