**IT IS ORDERED as set forth below:**

Date: July 9, 2024

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN RE: | CASE NO. 24-55036-JWC |
|---|---|
| CARMEN RESHUN SMITH, | CHAPTER 7 |
| Debtor. | |

## Order

Before the Court is a motion to convert this case to a chapter 13 case filed by Debtor on June 7, 2024 (Doc. No. 23) (the "Motion"). Debtor filed this case on May 17, 2024. Debtor filed a credit counseling certificate at Doc. No. 30 indicating she obtained credit counseling on June 10, 2024, nearly a month after filing the case. Pursuant to 11 U.S.C. § 109(h), Debtor is not eligible to be a debtor under the Bankruptcy Code. Because Debtor is not eligible to be a debtor under any chapter of the Bankruptcy Code, her case cannot be converted and must be dismissed. Further,

Debtor's case is subject to dismissal because Debtor has not paid any portion of the filing fee despite two installments being past due. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

The Clerk is directed to serve a copy of this Order on Debtor, the chapter 7 trustee, the United States Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-55036-jwc |
| Carmen Reshun Smith | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Jul 09, 2024 | Form ID: pdf592 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 24769991 | | Alphonso Williams, Martin Street, Ellenwood GA 30294 |
| 24796808 | | Alphonso Williams, Swanson Rd, Ellenwood GA 30294 |
| 24778494 | + | Alphonso Williams (Landlord), PO Box 1892, Stockbridge, GA 30281-8892 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: smithcarmen8519@gmail.com | Jul 09 2024 20:21:00 | Carmen Reshun Smith, 5529 Swanson Rd., Ellenwood, GA 30294-3864 |
| 24796807 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 09 2024 20:28:56 | Aidvantage, PO Box 300001, Greenville TX 75403-3001 |
| 24778495 | ^ | MEBN | Jul 09 2024 20:19:34 | Equiant Financial Svcs., 500 N Juniper Drive, Ste 100, Chandler, AZ 85226-2525 |
| 24796806 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 09 2024 20:28:51 | Wells Fargo, PO Box 71092, Charlotte, NC 28272-1092 |
| 24778493 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 09 2024 20:43:49 | Wells Fargo Auto Finance, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 11, 2024 | Signature: | /s/Gustava Winters |

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Jul 09, 2024 | Form ID: pdf592 | Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

**Name** **Email Address**

Kathleen Steil
ks@orratl.com  GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net

Lee Bynum Perkins
on behalf of Creditor Velonie Blake-Williams law@leeperkins.com

Lee Bynum Perkins
on behalf of Creditor Alphonso Williams law@leeperkins.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

TOTAL: 4