## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Carmen Reshun Smith**
5529 Swanson Rd.
Ellenwood, GA 30294

**xxx–xx–3734**

Case No.: **24–55036–jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above–styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

Dated:  August 29, 2024

Form 178