# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Carmen Reshun Smith**
5529 Swanson Rd.
Ellenwood, GA 30294

xxx−xx−3734

Case No.: **24−55036−jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

Dated: August 29, 2024

Form 178

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-55036-jwc |
| Carmen Reshun Smith | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Aug 29, 2024 | Form ID: 178 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: smithcarmen8519@gmail.com | Aug 29 2024 20:34:00 | Carmen Reshun Smith, 5529 Swanson Rd., Ellenwood, GA 30294-3864 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathleen Steil | ks@orratl.com  GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net |
| Lee Bynum Perkins | on behalf of Creditor Velonie Blake-Williams law@leeperkins.com |
| Lee Bynum Perkins | on behalf of Creditor Alphonso Williams law@leeperkins.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4